NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3073

FAE DRISCOLL,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Keith Goffney, Law Offices of Keith Goffney, of Los Angeles, California, argued for petitioner.

Teresa A. Gonsalves, Attorney, Office of the General Counsel, Appellate Division, United States Postal Service, of Washington, DC, argued for respondent. On the brief were Lori J. Dym, Chief Counsel, and Michelle A. Windmueller, Attorney; and Tony West, Assistant Attorney General, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC. Of counsel was Jeffrey A. Regner, Trial Attorney.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3073

FAE DRISCOLL,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

# Judgment

ON APPEAL from the       MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).       SF0752070409-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, LINN, and MOORE, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED December 15, 2009        /s/ Jan Horbaly
                              Jan Horbaly, Clerk